IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 4:22-CR-_5 (CDL)_ |
| v. | VIOLATIONS: |
| QUENTIN ANDERSON and JANERIO JONES, Defendants. | 18 U.S.C. § 1951<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 2 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Interference with Commerce by Robbery)

1. That at all times material to this Indictment, Little Caesars Pizza, located at 3379 Buena Vista Road, Columbus, Georgia was a restaurant business operating in interstate commerce and an industry which affects interstate and foreign commerce.

2. That on or about January 18, 2021, in the Columbus Division of the Middle District of Georgia, the Defendants,

**QUENTIN ANDERSON and JANERIO JONES,**

aided and abetted by each other, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code,

Section 1951, in that the Defendants did unlawfully take and obtain property consisting of United States currency and a cash register in the presence of employees of Little Caesar's Pizza, against each person's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to each person; all in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT TWO
### (Brandishing a Firearm During and in Relation to a of Crime of Violence)

On or about January 18, 2021, in the Columbus Division of the Middle District of Georgia, the Defendants,

**QUENTIN ANDERSON and JANERIO JONES,**

aided and abetted by each other, did knowingly brandish, carry, and use a firearm, to wit: one (1) pistol, make and serial number unknown to the Grand Jury, during and in relation to of a crime of violence for which the Defendants may be prosecuted in a court of the United States, that is, the offense of Interference with Commerce by Robbery as set forth in Count One of the Indictment; all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT THREE
### (Interference with Commerce by Robbery)

3. That at all times material to this Indictment, Dollar General, located at 6001 Crystal Drive, Columbus, Georgia was a retail store engaged in the business of purchasing and selling goods and commodities in interstate commerce and an industry which

affects interstate and foreign commerce.

4. That on or about January 18, 2021, in the Columbus Division of the Middle District of Georgia, the Defendants,

**QUENTIN ANDERSON and JANERIO JONES,**

aided and abetted by each other and others unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the Defendants did attempt to take a cash register in the presence of an employee of Dollar General, against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person; all in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT FOUR
### (Brandishing a Firearm During and in Relation to a of Crime of Violence)

On or about January 18, 2021, in the Columbus Division of the Middle District of Georgia, the Defendants,

**QUENTIN ANDERSON and JANERIO JONES,**

aided and abetted by each other, did knowingly brandish, carry, and use a firearm, to wit: one (1) pistol, make and serial number unknown to the Grand Jury, during and in relation to of a crime of violence for which the Defendants may be prosecuted in a

court of the United States, that is, the offense of Interference with Commerce by Robbery as set forth in Count Three of the Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and (2).

## COUNT FIVE
### (Interference with Commerce by Robbery)

5. That at all times material to this Indictment, Forrest Road Package Store, located at 5070 Forrest Road, Columbus, Georgia, was a liquor store engaged in the business of purchasing and selling liquor, goods, and commodities that travelled in interstate commerce and an industry which affects interstate and foreign commerce.

6. That on or about January 22, 2021, in the Columbus Division of the Middle District of Georgia, the Defendants,

**QUENTIN ANDERSON and JANERIO JONES,**

aided and abetted by each other and others unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the Defendants did unlawfully take and obtain property consisting of United States currency and a cash register belonging to Forrest Road Package Store from the person of and in the presence of employees of Forrest Road Package, against each person's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to

each person, all in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT SIX
### (Brandishing a Firearm During and in Relation to a of Crime of Violence)

On or about January 22, 2021, in the Columbus Division of the Middle District of Georgia, the Defendants,

**QUENTIN ANDERSON and JANERIO JONES,**

aided and abetted by each other, did knowingly brandish, carry, and use a firearm, to wit: one (1) pistol, make and serial number unknown to the Grand Jury, during and in relation to of a crime of violence for which the Defendants may be prosecuted in a court of the United States, that is, the offense of Interference with Commerce by Robbery as set forth in Count Five of the Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and (2).

## COUNT SEVEN
### (Interference with Commerce by Robbery)

7. That at all times material to this Indictment, Jerry's Food Mart, located at 3874 St. Mary's Road, Columbus, Georgia was a retail store engaged in the business of purchasing and selling goods, and commodities that travelled in interstate commerce and an industry which affects interstate and foreign commerce.

8. That on or about January 23, 2021, in the Columbus Division of the Middle District of Georgia, the Defendants,

**QUENTIN ANDERSON and JANERIO JONES,**

aided and abetted by each other, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the Defendants did unlawfully take and obtain property consisting of United States currency and cigarillos from the person of and in the presence of the owner of Jerry's Food Mart, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to each person, all in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT EIGHT
### (Brandishing a Firearm During and in Relation to a of Crime of Violence)

On or about January 23, 2021, in the Columbus Division of the Middle District of Georgia, the Defendants,

**QUENTIN ANDERSON and JANERIO JONES,**

aided and abetted by each other, did knowingly brandish, carry, and use a firearm, to wit: one (1) pistol, make and serial number unknown to the Grand Jury, during and in relation to of a crime of violence for which the Defendants may be prosecuted in a court of the United States, that is, the offense of Interference with Commerce by Robbery as set forth in Count Seven of the Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and (2).

## COUNT NINE
### (Attempted Interference with Commerce by Robbery)

9. That at all times material to this Indictment, Super C Food Mart, located at 3419 Decatur Street, Columbus, Georgia was a retail convenience store engaged in the business of purchasing and selling goods and commodities that travelled in interstate commerce and an industry which affects interstate and foreign commerce.

10. That on or about January 27, 2021, in the Columbus Division of the Middle District of Georgia, the Defendants,

**QUENTIN ANDERSON and JANERIO JONES,**

aided and abetted by each other, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the Defendants did attempt to unlawfully take and obtain United States currency from the person of and in the presence of the owner of Super C Food Mart, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to each person, that is, by threatening him with and firing the pistol at the owner, all in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT TEN
**(Discharging a Firearm During and in Relation to Crime of Violence)**

On or about January 27, 2021, in the Columbus Division of the Middle District of Georgia, the Defendants,

**QUENTIN ANDERSON and JANERIO JONES,**

aided and abetted by each other, did knowingly discharge, carry, and use a firearm, to wit: one (1) .40 caliber pistol, during and in relation to of a crime of violence for which the Defendants may be prosecuted in a court of the United States, that is, the offense of Attempted Interference with Commerce by Robbery as set forth in Count Nine of the Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii) and 2.

## COUNT ELEVEN
**(Interference with Commerce by Robbery)**

11. That at all times material to this Indictment, Quality Inn, located at 3443 Macon Road, Columbus, Georgia was a commercial hotel business engaged in and affecting interstate commerce and an industry which affects interstate and foreign commerce.

12. That on or about February 4, 2021, in the Columbus Division of the Middle District of Georgia, the Defendants,

**QUENTIN ANDERSON and JANERIO JONES,**

aided and abetted by each other and others unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect,

8

commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the Defendants did unlawfully take and obtain property consisting of United States currency from the person of and in the presence of employees of Quality Inn, against each person's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to each person, all in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT TWELVE
### (Brandishing a Firearm During and in Relation to a of Crime of Violence )

On or about February 4, 2021, in the Columbus Division of the Middle District of Georgia, the Defendants,

**QUENTIN ANDERSON and JANERIO JONES,**

aided and abetted by each other and others unknown to the Grand Jury, did knowingly brandish, carry, and use a firearm, to wit: two (2) handguns, makes and serial numbers unknown to the Grand Jury, during and in relation to of a crime of violence for which the Defendants may be prosecuted in a court of the United States, that is, the offense of Interference with Commerce by Robbery as set forth in Count Eleven of the Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2.

9

## COUNT THIRTEEN
### (Interference with Commerce by Robbery)

13. That at all times material to this Indictment, Marco's Pizza, located at 2901 University Avenue, Columbus, Georgia was a restaurant business operating in and affecting interstate commerce and an industry which affects interstate and foreign commerce.

14. That on or about February 22, 2021, in the Columbus Division of the Middle District of Georgia, the Defendants,

**QUENTIN ANDERSON and JANERIO JONES,**

aided and abetted by each other and others unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the Defendants did unlawfully take and obtain United States currency belonging to Marco's Pizza from the person of and in the presence of employees of Marco's Pizza, against each person's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to each person, that is, by brandishing the firearm and firing the handgun, all in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT FOURTEEN
### (Discharging a Firearm During and in Relation to Crime of Violence)

On or about February 22, 2021, in the Columbus Division of the Middle District of Georgia, the Defendants,

**QUENTIN ANDERSON and JANERIO JONES,**

aided and abetted by each other, did knowingly discharge, carry, and use a firearm, to wit: one (1) .40 caliber handgun, during and in relation to of a crime of violence for which the Defendants may be prosecuted in a court of the United States, that is, the offense of Interference with Commerce by Robbery as set forth in Count Thirteen of the Indictment; all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

A TRUE BILL

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY

Presented by:

_____
CHRISTOPHER WILLIAMS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this ___8___ day of March, 2022.

_____
Deputy Clerk

11