### IIN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No.: 4:22-CR-5-CDL-MSH** |
| **QUENTIN ANDERSON (001)** **JANERIO JONES (002)** | |

### ORDER

Defendants were indicted on March 8, 2022, ECF No. 1, and arraigned on March 16, 2022, ECF No. 24 and 25.  A pretrial conference is currently scheduled for April 14, 2022.  The parties jointly ask to continue the case.  Specifically, Defense has not yet received discovery for review.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for September 2022, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.  The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendants and Government the reasonable time necessary for effective preparation.  18 U.S.C. §§ 3161(h)(7)(A)-(B).  The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 1st day of April 2022.

S/Clay D. Land
Clay D. Land, U.S. District Judge