IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUENTIN ANDERSON | CASE NO.: 4:22-CR-00005-CDL-MSH-1 |

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

**COMES NOW** undersigned counsel, Jessica M. Lee and substitutes her appearance as counsel for ***Quentin Anderson*** in place of Kelly M. Sullivan who had previously appeared as counsel for Mr. Anderson.

Dated this 11th day of July, 2022.

Respectfully submitted,

**s/Jessica M. Lee**
JESSICA M. LEE
Assistant Federal Defender
GA Bar No. 889820
Federal Defenders of the
Middle District of Georgia, Inc.
233 12th Street, Suite 400
Columbus, Georgia 31901
Tel:  (706) 358-0030
Fax: (706) 358-0029
Email:  jessy_m_lee@fd.org

1

## **CERTIFICATE OF SERVICE**

    I, Jessica M. Lee, hereby certify that, I electronically filed the foregoing with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

                                                **s/Jessica M. Lee**
                                                JESSICA M. LEE
                                                Assistant Federal Defender
                                                GA Bar No. 889820
                                                Federal Defenders of the
                                                Middle District of Georgia, Inc.
                                                233 12th Street, Suite 400
                                                Columbus, Georgia 31901
                                                Tel:  (706) 358-0030
                                                Fax: (706) 358-0029
                                                Email:  jessy_m_lee@fd.org